1

2

3

4

5

6

7

8

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9   REGINALD A. JACKSON,                      No. C- 11-1510 JCS

10          Plaintiff,                        **ORDER GRANTING APPLICATION TO
                                              PROCEED IN FORMA PAUPERIS;**
11   v.                                       **ORDERING SERVICE OF THE FIRST
                                              AMENDED COMPLAINT**
12   NATIONAL RAILROAD PASSENGER
     CORPORATION,                             **[Docket No. 2]**
13
            Defendants.
14   _____/

15

16          Plaintiff Reginald Jackson filed an Application To Proceed In Forma Pauperis in the above-

17   entitled action.  The complaint was assigned to a United States Magistrate Judge and Plaintiff has

18   consented to the jurisdiction of the undersigned.  *See* 28 U.S.C. § 636(c).  The Court reviewed the

19   Application, and found Plaintiff to be indigent.  However, the Complaint failed to state a claim and

20   was dismissed with leave to amend.

21          On October 21, 2011, Plaintiff filed a First Amended Complaint ("FAC").  Liberally

22   construed, the Court finds that the FAC states a claim for relief.  The Motion  to Proceed in Forma

23   Pauperis is therefore GRANTED.  **The U.S. Marshal for the Northern District of California shall**

24   **serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling**

25   **orders and attachments, as well as a copy of this order, upon Defendant**s.

26          Finally, without making any endorsement in this regard, Plaintiff is again advised that the

27   San Francisco Bar Association operates a lawyer referral service which may be helpful in securing

28

1  pro bono counsel. Moreover, Plaintiff may wish to seek assistance from the Legal Help Center,

2  located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, CA, in

3  Room 2796, where Plaintiff may sign up for a free appointment with an attorney who may be able to

4  provide basic legal help, but not legal representation. The telephone number for scheduling an

5  appointment with the Legal Help Center is (415) 782-9000, extension 8657.

6  IT IS SO ORDERED.

7  Dated: November 28, 2011

8

9  _____

10  JOSEPH C. SPERO
   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2